Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL UNION NO. 474 HEALTH AND WELFARE FUND, OPERATING ENGINEERS LOCAL UNION NO. 474 PENSION FUND, and OPERATING ENGINEERS LOCAL UNION NO. 474 APPRENTICESHIP FUND, <br><br>　　　Plaintiffs, <br><br>v. <br><br>J.N. THOMPSON CONSTRUCTION CO., INC., <br><br>　　　Defendant. | Civil Action No. 3:13-1428 <br><br>*Judge Trauger* <br>*Magistrate Judge Griffin* |

## MOTION TO CANCEL CASE MANAGEMENT CONFERENCE

This civil action is scheduled for an initial case management conference on February 24, 2014 at 3:00 p.m. (Docket Entry no. 4). The Plaintiffs move to cancel the case management conference for the following reasons:

1. Defendant is a corporation and has not engaged counsel for representation in this civil action, so counsel for Plaintiffs cannot confer with an attorney about matters to be addressed at the case management conference.

2. After this civil action was filed, Defendant submitted reports and contributions for work through November 2013, but has not been responsive to requests for submission of reports and contributions for work in the month of December 2013 or January 2014 which are now due.

3. Due to the failure of Defendant to submit reports and contributions for work in December 2013 and thereafter, Plaintiffs will prepare and file a motion for preliminary injunction.

The request to cancel the case management conference being within the sound discretion of the Court, a supporting memorandum is not being filed.

{003017/11197/00313992.DOCX / Ver.1}　　　1