UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

<mark>Motion GRANTED.</mark>

| | | |
|---|---|---|
| OPERATING ENGINEERS LOCAL UNION NO. | ) | |
| 474 HEALTH AND WELFARE FUND, | ) | |
| OPERATING ENGINEERS LOCAL UNION | ) | |
| NO. 474 PENSION FUND, and OPERATING | ) | |
| ENGINEERS LOCAL UNION NO. 474 | ) | Civil Action No. 3:13-1428 |
| APPRENTICESHIP FUND, | ) | |
| | ) | *Judge Trauger* |
| Plaintiffs, | ) | *Magistrate Judge Griffin* |
| | ) | |
| v. | ) | |
| | ) | |
| J.N. THOMPSON CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRELIMINARY INJUNCTION
## AND TO WAIVE SECURITY

Pursuant to Fed. R. Civ. P. 65(a) and (c), Plaintiffs move the Court to enter a preliminary injunction and to waive any requirement for security in connection with issuance of the interlocutory injunction.

The injunction would require the Defendant to submit reports and payments required under a collective bargaining agreement. Without these reports and payments, Defendant's employees may be deprived of benefits, and so absent injunctive relief Plaintiffs and member employees may suffer irreparable harm. A supporting and explanatory memorandum is filed herewith.