UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL UNION NO. 474 HEALTH AND WELFARE FUND, OPERATING ENGINEERS LOCAL UNION NO. 474 PENSION FUND, and OPERATING ENGINEERS LOCAL UNION NO. 474 APPRENTICESHIP FUND,<br><br>Plaintiffs,<br><br>v.<br><br>J.N. THOMPSON CONSTRUCTION CO., INC.,<br><br>Defendant. | Civil Action No. 3:13-1428<br><br>*Judge Trauger*<br>*Magistrate Judge Griffin* |

**AGREED ORDER**

It appearing to the satisfaction of the Court, as evidenced by signatures on behalf of the respective parties, the parties have agreed upon a settlement and compromise of this action, this civil action is dismissed, and the preliminary injunction (Docket Entry no. 12) is hereby converted to a permanent injunction. The Defendant J.N. Thompson Construction Co., Inc. is permanently enjoined to conform its conduct to 29 U.S.C. § 1145 and is required to pay contributions and submit reports on a timely basis in the future.

The Clerk is directed to administratively close this case.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge

APPROVED FOR ENTRY:

*[signature]*

R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Tel.: (615) 254-8801
Email: jan@branstetterlaw.com


J.N. Thompson Construction Co., Inc.


By: *[signature]*
Vincent G. Thompson
J.N. Thompson Construction Co., Inc.
8024 Old State Hwy. 21
Port Wentworth, GA 31407


## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing has been served via United States First Class Mail with adequate postage affixed thereon to the following:

        J.N. Thompson Construction Co., Inc.
        c/o Vincent G. Thompson
        8024 Old State Hwy. 21
        Port Wentworth, GA 31407

This 16th day of May, 2014.

                                    s/R. Jan Jennings
                                      R. Jan Jennings